ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|
| SCS 20290361 | 12/15/23 | 3/25/25 |
| SCS 20508622 | 12/16/23 | 3/25/25 |
| SCS 20828517 | 12/20/23 | 3/25/25 |
| SCS 21041250 | 12/21/23 | 3/25/25 |
| SCS 21296912 | 12/21/23 | 3/25/25 |
| SCS 21511872 | 12/27/23 | 3/25/25 |
| SCS 21702935 | 12/27/23 | 3/25/25 |
| SCS 21966100 | 12/27/23 | 2/4/25 |
| SCS 22089449 | 12/29/23 | 2/18/25 |
| SCS 22245280 | 1/13/24 | 3/25/25 |
| SCS 22389849 | 12/30/23 | 3/18/25 |
| SCS 22603843 | 1/3/24 | 3/18/25 |
| SCS 22770022 | 1/5/24 | 2/18/25 |
| SCS 22940419 | 1/10/24 | 3/18/25 |
| SCS 23199726 | 1/6/24 | 3/18/25 |
| SCS 23356052 | 1/9/24 | 3/18/25 |
| SCS 23572740 | 1/10/24 | 3/18/25 |
| SCS 23780475 | 1/11/24 | 3/18/25 |
| SCS 23967890 | 1/12/24 | 3/18/25 |
| SCS 24155545 | 1/13/24 | 3/18/25 |
| SCS 24398178 | 1/16/24 | 3/18/25 |
| SCS 24653531 | 1/18/24 | 3/18/25 |
| SCS 24815460 | 1/18/24 | 3/18/25 |
| SCS 25006192 | 1/19/24 | 3/18/25 |
| SCS 25198882 | 1/24/24 | 3/18/25 |
| SCS 25721089 | 1/26/24 | 3/18/25 |
| SCS 25971916 | 1/27/24 | 3/18/25 |
| SCS 26175954 | 1/27/24 | 3/18/25 |
| SCS 26397947 | 1/27/24 | 3/18/25 |
| SCS 26655914 | 1/30/24 | 3/18/25 |
| SCS 26886634 | 2/1/24 | 3/18/25 |
| SCS 27112360 | 2/1/24 | 3/18/25 |
| SCS 27316698 | 2/2/24 | 3/18/25 |
| SCS 27508880 | 2/9/24 | 3/18/25 |
| SCS 27996333 | 2/9/24 | 3/18/25 |
| SCS 28230856 | 2/12/24 | 3/18/25 |
| SCS 28447955 | 2/9/24 | 3/18/25 |
| SCS 28608150 | 2/13/24 | 3/18/25 |
| SCS 28826869 | 2/13/24 | 3/18/25 |
| SCS 29007220 | 2/14/24 | 3/18/25 |
| SCS 29194135 | 2/15/24 | 3/18/25 |
| SCS 29368523 | 2/17/24 | 3/18/25 |
| SCS 29545765 | 2/20/24 | 3/18/25 |
| SCS 29988080 | 2/21/24 | 3/18/25 |

ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|
| SCS 30199628 | 2/22/24 | 3/18/25 |
| SCS 30452159 | 2/23/24 | 3/18/25 |
| SCS 30657625 | 2/24/24 | 3/18/25 |
| SCS 31123502 | 2/28/24 | 3/18/25 |
| SCS 31355823 | 3/1/24 | 3/18/25 |
| SCS 31556537 | 3/1/24 | 3/18/25 |
| SCS 31741873 | 3/5/24 | 3/18/25 |
| SCS 32038402 | 3/5/24 | 3/18/25 |
| SCS 32228433 | 3/6/24 | 3/18/25 |
| SCS 32451217 | 3/8/24 | 3/18/25 |
| SCS 32658290 | 3/9/24 | 3/18/25 |
| SCS 32880035 | 3/9/24 | 3/18/25 |
| SCS 33132592 | 3/13/24 | 3/18/25 |
| SCS 33362520 | 3/13/24 | 3/18/25 |
| SCS 33793708 | 3/15/24 | 3/18/25 |
| SCS 33800149 | 3/15/24 | 3/18/25 |
| SCS 33999040 | 3/19/24 | 3/18/25 |
| SCS 34556724 | 3/20/24 | 3/18/25 |
| SCS 34729024 | 3/21/24 | 3/18/25 |
| SCS 34948673 | 3/22/24 | 3/18/25 |
| SCS 35161177 | 3/23/24 | 3/18/25 |
| SCS 35495849 | 3/26/24 | 3/18/25 |
| SCS 35751357 | 3/29/24 | 3/18/25 |
| SCS 35987233 | 4/2/24 | 3/18/25 |
| SCS 36504219 | 4/2/24 | 3/18/25 |
| SCS 36589608 | 4/2/24 | 3/18/25 |
| SCS 36590366 | 4/2/24 | 3/18/25 |
| SCS 36773822 | 4/3/24 | 3/18/25 |
| SCS 37206087 | 4/5/24 | 3/18/25 |
| SCS 37408303 | 4/6/24 | 3/18/25 |
| SCS 37664889 | 4/9/24 | 3/18/25 |
| SCS 38111450 | 4/12/24 | 3/18/25 |
| SCS 38319087 | 4/13/24 | 3/18/25 |
| SCS 38521047 | 4/13/24 | 3/18/25 |
| SCS 38780627 | 4/17/24 | 3/18/25 |
| SCS 39011949 | 4/17/24 | 3/18/25 |
| SCS 39233360 | 4/18/24 | 3/18/25 |
| SCS 39451467 | 4/19/24 | 3/25/25 |
| SCS 39669696 | 4/20/24 | 3/18/25 |
| SCS 40000311 | 4/23/24 | 3/18/25 |
| SCS 40185112 | 4/24/24 | 3/18/25 |
| SCS 40458980 | 4/26/24 | 3/18/25 |
| SCS 40690822 | 4/26/24 | 3/18/25 |
| SCS 40896239 | 4/27/24 | 3/18/25 |

ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Numbe | Date of Entry | Date of Liquidation |
| --- | --- | --- |
| SCS 41176672 | 4/30/24 | 3/18/25 |
| SCS 41412804 | 5/1/24 | 3/18/25 |
| SCS 41794946 | 5/4/24 | 3/18/25 |
| SCS 41976105 | 5/6/24 | 3/18/25 |
| SCS 42441323 | 5/9/24 | 3/18/25 |
| SCS 42711576 | 5/16/24 | 3/18/25 |
| SCS 42874648 | 5/11/24 | 3/18/25 |
| SCS 43053978 | 5/11/24 | 3/18/25 |
| SCS 43358625 | 5/14/24 | 3/18/25 |
| SCS 43538481 | 5/17/24 | 3/18/25 |
| SCS 43798572 | 5/17/24 | 3/18/25 |
| SCS 43971765 | 5/18/24 | 3/18/25 |
| SCS 44434946 | 5/21/24 | 3/18/25 |
| SCS 44661191 | 5/24/24 | 3/18/25 |
| SCS 44831851 | 5/23/24 | 3/18/25 |
| SCS 45044694 | 5/24/24 | 3/18/25 |
| SCS 45259078 | 5/28/24 | 3/18/25 |
| SCS 45530700 | 5/28/24 | 3/18/25 |
| SCS 45731985 | 5/29/24 | 3/18/25 |
| SCS 45967076 | 5/30/24 | 3/18/25 |
| SCS 46175323 | 5/31/24 | 3/18/25 |
| SCS 46373597 | 6/4/24 | 3/18/25 |
| SCS 46634212 | 6/5/24 | 3/18/25 |
| SCS 46853499 | 6/7/24 | 3/18/25 |
| SCS 47084854 | 6/6/24 | 3/18/25 |
| SCS 47285428 | 6/7/24 | 3/18/25 |
| SCS 47488774 | 6/11/24 | 3/18/25 |
| SCS 47748011 | 6/11/24 | 3/18/25 |
| SCS 47976406 | 6/13/24 | 3/18/25 |
| SCS 48196459 | 6/13/24 | 3/18/25 |
| SCS 48421774 | 6/14/24 | 3/18/25 |
| SCS 48631554 | 6/15/24 | 3/18/25 |
| SCS 48912533 | 6/19/24 | 3/18/25 |
| SCS 49136025 | 6/19/24 | 3/18/25 |
| SCS 49353612 | 6/20/24 | 3/18/25 |
| SCS 49613718 | 6/21/24 | 2/18/25 |
| SCS 49809597 | 6/22/24 | 2/18/25 |
| SCS 50060833 | 6/26/24 | 2/18/25 |
| SCS 50524820 | 6/28/24 | 2/18/25 |
| SCS 50737323 | 6/28/24 | 2/18/25 |
| SCS 50946635 | 6/29/24 | 2/18/25 |
| SCS 51200362 | 7/2/24 | 2/18/25 |
| SCS 51404477 | 7/3/24 | 2/18/25 |
| SCS 51606659 | 7/10/24 | 2/18/25 |

ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|
| SCS 51780751 | 7/9/24 | 2/18/25 |
| SCS 51970410 | 7/9/24 | 2/18/25 |
| SCS 53084541 | 7/16/24 | 2/18/25 |
| SCS 53354076 | 7/16/24 | 2/18/25 |
| SCS 53648527 | 7/18/24 | 2/18/25 |
| SCS 53798413 | 7/18/24 | 2/18/25 |
| SCS 54000306 | 7/19/24 | 2/18/25 |
| SCS 54200799 | 7/20/24 | 2/18/25 |
| SCS 54465772 | 7/23/24 | 2/18/25 |
| SCS 54683465 | 7/24/24 | 2/18/25 |
| SCS 54906700 | 7/25/24 | 2/18/25 |
| SCS 55128585 | 7/26/24 | 2/18/25 |
| SCS 55396588 | 7/29/24 | 2/18/25 |
| SCS 55660694 | 7/30/24 | 2/18/25 |
| SCS 55884021 | 7/31/24 | 2/18/25 |
| SCS 56101904 | 8/2/24 | 2/18/25 |
| SCS 56320819 | 8/2/24 | 2/18/25 |
| SCS 56516101 | 8/2/24 | 2/18/25 |
| SCS 56794997 | 8/6/24 | 2/18/25 |
| SCS 56991999 | 8/7/24 | 2/18/25 |
| SCS 57228011 | 8/8/24 | 2/18/25 |
| SCS 57434890 | 8/9/24 | 2/18/25 |
| SCS 57642633 | 8/14/24 | 2/18/25 |
| SCS 57971065 | 8/13/24 | 2/18/25 |
| SCS 58199856 | 8/15/24 | 2/18/25 |
| SCS 58419791 | 8/16/24 | 2/18/25 |
| SCS 58623327 | 8/16/24 | 2/18/25 |
| SCS 58814967 | 8/17/24 | 2/18/25 |
| SCS 59085427 | 8/20/24 | 2/18/25 |
| SCS 59306153 | 8/21/24 | 2/18/25 |
| SCS 59530711 | 8/22/24 | 2/18/25 |
| SCS 59750046 | 8/23/24 | 2/18/25 |
| SCS 59959126 | 8/24/24 | 2/18/25 |
| SCS 60453507 | 8/28/24 | 2/18/25 |
| SCS 60686825 | 8/30/24 | 2/18/25 |
| SCS 60913229 | 8/31/24 | 2/18/25 |
| SCS 61120626 | 8/31/24 | 2/18/25 |
| SCS 61356105 | 9/3/24 | 2/18/25 |
| SCS 61782698 | 9/5/24 | 2/18/25 |
| SCS 61995613 | 9/6/24 | 2/18/25 |
| SCS 62204361 | 9/7/24 | 2/18/25 |
| SCS 62486455 | 9/11/24 | 2/18/25 |
| SCS 62952035 | 9/13/24 | 2/11/25 |
| SCS 63169530 | 9/13/24 | 2/18/25 |

ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|
| SCS 63376374 | 9/18/24 | 2/18/25 |
| SCS 63903367 | 9/18/24 | 2/18/25 |
| SCS 64115185 | 9/20/24 | 2/18/25 |
| SCS 64338662 | 9/21/24 | 2/18/25 |
| SCS 64565363 | 9/21/24 | 2/18/25 |
| SCS 64863248 | 9/25/24 | 2/18/25 |
| SCS 65123980 | 9/25/24 | 2/18/25 |
| SCS 65360079 | 9/26/24 | 2/18/25 |
| SCS 65599734 | 9/28/24 | 2/18/25 |
| SCS 65801189 | 10/1/24 | 2/18/25 |
| SCS 66640479 | 10/3/24 | 2/18/25 |
| SCS 67081400 | 10/5/24 | 2/18/25 |
| SCS 67567663 | 10/9/24 | 2/18/25 |
| SCS 68083025 | 10/11/24 | 2/18/25 |
| SCS 68585862 | 10/15/24 | 2/18/25 |
| SCS 68835754 | 10/16/24 | 2/18/25 |
| SCS 69063844 | 10/21/24 | 2/18/25 |
| SCS 69303125 | 10/18/24 | 2/18/25 |
| SCS 69526196 | 10/19/24 | 2/18/25 |
| SCS 69820359 | 10/23/24 | 2/18/25 |
| SCS 70302835 | 10/24/24 | 2/18/25 |
| SCS 70535541 | 10/25/24 | 2/18/25 |
| SCS 70752302 | 10/26/24 | 2/18/25 |
| SCS 71068195 | 10/31/24 | 2/18/25 |
| SCS 71295947 | 10/31/24 | 2/18/25 |
| SCS 71601292 | 10/31/24 | 2/18/25 |
| SCS 71992295 | 11/4/24 | 2/18/25 |
| SCS 72251204 | 11/5/24 | 2/18/25 |
| SCS 72475902 | 11/6/24 | 2/18/25 |
| SCS 72710118 | 11/7/24 | 2/18/25 |
| SCS 72931854 | 11/8/24 | 2/18/25 |
| SCS 73136099 | 11/9/24 | 2/18/25 |
| SCS 73440525 | 11/12/24 | 2/18/25 |
| SCS 73665592 | 11/13/24 | 2/18/25 |
| SCS 73985487 | 11/14/24 | 2/18/25 |
| SCS 74207634 | 11/15/24 | 2/18/25 |
| SCS 74435268 | 11/19/24 | 2/18/25 |
| SCS 74984588 | 11/20/24 | 2/18/25 |