**UNITED STATES COURT OF INTERNATIONAL TRADE**                    FORM 12

Forward Motion Medical System, Inc.,

                              Plaintiff,

        v.

UNITED STATES,

                              Defendant.

Court No.  **26-00160**

### NOTICE OF SUBSTITUTION OF ATTORNEY

**PLEASE TAKE NOTICE** that  A. Jason Velez

has been substituted as attorney of record for  plaintiff                in this action in place of

Daniel E. Young                                                                          .

Dated:  May 28, 2026                          Forward Motion Medical System, Inc.

                                    By:  _Cody Ballantine_
                                         Signature of Client

\* \* \* \* \* \* \* \* \* \*

**PLEASE TAKE FURTHER NOTICE** that the undersigned hereby appears in this action

as attorney for  Forward Motion Medical System, Inc.,

_____ , the  plaintiff          herein,

and requests that all papers in connection therewith be served upon  him

The individual attorney in the undersigned firm, corporate law department, or the

Government, who is responsible for the litigation, is  ___A. Jason Velez___ .

Dated:  May 28, 2026

                                         A. Jason Velez
                                         Name
                                         _____
                                         Signature
                                         1LAW
                                         Firm
                                         311 S State St., Suite 450
                                         Street Address
                                         Salt Lake City, UT 84111
                                         City, State and Zip Code
                                         (801) 758-9090
                                         Telephone Number
                                         jason@1law.com
                                         E-mail address
                                    By:  A. Jason Velez
                                         New Attorney of Record

(As amended June 5, 2015, eff. July 1, 2015; Oct. 23, 2025, eff. Dec. 1, 2025.)